O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. SMALL, Regional Director for Region 21 of the National Labor Relations Board, for, and on behalf of, the NATIONAL LABOR RELATIONS BOARD,<br><br>               Petitioner,<br>  v.<br><br>OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 200, AFL-CIO,<br><br>               Respondent. | Case No. ED CV 08-01039-SGL(OPx)<br><br>ORDER Granting Petition for Temporary Injunction under Section 10(ℓ) of the National Labor Relations Act, as amended (29 U.S.C. § 160(ℓ)) Pending Final Disposition by the National Labor Relations Board |

      This case came to be heard on September 15, 2008, at 10:00 a.m. on the verified petition of Petitioner James F. Small, Regional Director of Region 21 of the National Labor Relations Board ("the Board") for a temporary injunction pursuant to Section 10(ℓ) (29 U.S.C. § 160(ℓ)) of the National Labor Relations Act, as amended ("the Act"), pending the final disposition of the matters involved before the Board. Upon consideration of all papers, evidence, and arguments in this matter, the Court has found that there is a likelihood that Respondent has engaged

in and is engaging in, acts and conduct in violation of Section 8(b)(4)(ii)(D) (29 U.S.C. § 158(b)(4)(ii)(D)) of the Act, and that such conduct affects commerce within the meaning of Section 2(6) and (7) of the Act, and that such acts and conduct will likely be repeated or continued unless enjoined.

Now, therefore, upon the entire record, it is ORDERED that the Petition for Temporary Injunction Pending Final Disposition by the Board is GRANTED, and that pending final disposition of unfair labor practice cases 21-CD-659, 21-CD-660, and 21-CD-661 by the Board, the Court hereby ORDERS that:

1. Operative Plasterers' and Cement Masons' International Association, Local 200, AFL-CIO, ("Respondent"), its officers, representatives, agents, employees, attorneys, and all persons acting in concert with it are affirmatively ordered to:

(a) cease and desist from prosecuting its lawsuit in *Jose DeLeon and David Diaz, et al. v. Standard Drywall, Inc., et al.*, Case RIC428011, currently pending in Superior Court of California, County of Riverside, or from assisting others in prosecuting this lawsuit, pending the Board's final disposition of the unfair labor practice cases;

(b) cease and desist from prosecuting its lawsuit and appeal in *Plasterers Local Union No. 200 of the Operative Plasterers' and Cement Masons' International Association, AFL-CIO v. Southwest Regional Council of Carpenters; Standard Drywall, Inc., et al.*, Case BC371053, Superior Court of California, County of Los Angeles, currently on appeal in Case B210329, Court of Appeal of the State of California, Second Appellate District (filed 08/22/2008), pending the Board's final disposition of the unfair labor practice cases;

(c) cease and desist, in any manner or by any means, threatening, coercing, or restraining Standard Drywall, Inc., where an object thereof is to force or require Standard Drywall, Inc. to assign plastering work in the 12 Southern California Counties, namely, Los Angeles, Orange, San Bernardino, Riverside,

Imperial, Ventura, Santa Barbara, San Luis Obispo, Kern, Inyo, Mono, and San Diego, to employees who are members of, or represented by, Respondent, rather than to employees who are members of, or represented by, Southwest Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, and its affiliated Local Unions, pending the Board's final disposition of the unfair labor practice cases;

        (d)    file a copy of the Court's Order Granting the Petition for Temporary Injunction with the Superior Court of California, County of Riverside, in Case RIC428011, Superior Court of California, County of Los Angeles, in Case BC371053, and with the Court of Appeal of the State of California, Second Appellate District in Case B210329; and

        (e)    within 20 days of the issuance of the Court's Order, file with the Court, with a copy served on Petitioner, a sworn affidavit from a responsible official, setting forth with specificity the manner in which Respondent has complied with the terms of the Court's Order Granting the Petition for Temporary Injunction, and which includes copies of appropriate documents filed with the Superior Court of California, County of Riverside, Superior Court of California, County of Los Angeles, and with the Court of Appeal of the State of California, Second Appellate District.

///
///
///
///
///
///
///
///
///

2. That this case shall remain on the docket of this Court and upon compliance by Respondent with its obligations undertaken hereto, and upon disposition of the unfair labor practice cases pending before the Board, the Petitioner shall cause this proceeding to be dismissed.

IT IS SO ORDERED.

Dated: September 30, 2008

*/s/ Stephen G. Larson*

Stephen G. Larson
United States District Judge

Presented by:

/s/ Patrick J. Cullen

_____

Patrick J. Cullen
Attorney for Petitioner
National Labor Relations Board

- 4 -